# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**PIERRE D. DANIELS,**

    **Plaintiff,**

v.                                         Case No. 1:17cv4-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of the**
**Social Security Administration,**

    **Defendant.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's Objections to the Magistrate Judge's Report and Recommendation and Request for Oral Argument. ECF No. 24. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner terminating Plaintiff's benefits is **AFFIRMED**." Plaintiff's request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 24, 2018.**

1

**s/Mark E. Walker**            
**United States District Judge**